HELEN RUTAN, Appellant, *v.* MARTIN McVOY, Respondent.

Submitted June 1, 1948; decided July 16, 1948.

*Irving D. Friedman* for motion to dismiss appeal and in opposition to countermotion for leave to appeal.

*Alexander Chananau* for motion for leave to appeal and in opposition to motion to dismiss appeal.